# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-25-00369-CV
NO. 03-25-00546-CV

**City of Taylor, Texas; Mayor Dwayne Ariola, in his Official Capacity; Council Members Gerald Anderson, Shelli Cobb, Kelly Cmerek, Robert Garcia, in their Official Capacities; and City Manager Bryan Laborde, in his Official Capacity, Appellants**

**v.**

**Robert Marek, Cherie Turner-Marek, Julius A. Wolbrueck, Roxana Thomas Wolbrueck, Jona Enterprises LLC; Michael F. Herzog Jr., Laurel T. Herzog, Glen R. Polasek, Joan P. Polasek, Duane D. Stoll, Sandra G. Stoll, Cecilia Ida Hannan as Trustee of The Cecilia Ida Hannan Trust, Loren Hengst, Kathleen Hengst, Erwin Hengst, and Sara Hengst, Appellees**

## FROM THE 425TH JUDICIAL DISTRICT COURT OF WILLIAMSON COUNTY NO. 24-0447-C425, THE HONORABLE BETSY F. LAMBETH, JUDGE PRESIDING

## MEMORANDUM OPINION

Appellants City of Taylor, Texas; Mayor Dwayne Ariola, in his Official Capacity; Council Members Gerald Anderson, Shelli Cobb, Kelly Cmerek, Robert Garcia, in their Official Capacities; and City Manager Bryan Laborde, in his Official Capacity, have filed an agreed motion to dismiss these appeals. We grant appellants' motion and dismiss the appeals. *See* Tex. R. App. P. 42.1(a).

_____

Gisela D. Triana, Justice

Before Justices Triana, Kelly, and Ellis

Dismissed on Appellants' Motion

Filed:   June 3, 2026